UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

– against –

WILLIAM FAGAN,

                Defendant.

**ORDER**

17 Crim 297-3 (ER)

RAMOS, D.J.:

    The Court is in receipt of Defendant's Motion for Appointment of Counsel. Doc. 119. The Government is directed to respond by Friday, June 19, 2020 at 6:00 PM.

    It is SO ORDERED.

Dated:   June 15, 2020
             New York, New York

                                                                     EDGARDO RAMOS, U.S.D.J.