UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> – against –<br><br>WILLIAM FAGAN,<br><br>      Defendant. | **ORDER**<br><br>17 Crim 297-3 (ER) |

RAMOS, D.J.:

  CJA attorney Jeffrey G. Pittell is hereby appointed pursuant to the Criminal Justice Act as counsel for William Fagan as of June 16, 2020 in connection with Fagan's motion for sentencing modification or other relief in light of the COVID-19 pandemic.

  It is SO ORDERED.

Dated: June 16, 2020
     New York, New York

                         EDGARDO RAMOS, U.S.D.J.